# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| Everett Bryant | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12 C 823 |
| Amelia Fulgham and Physicians Preferred Healthcare | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff _____.

☒ other: The case is dismissed without prejudice

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Suzanne B. Conlon on a motion to dismiss

Date: May 17, 2012

Thomas G. Bruton, Clerk of Court

/s/ Alberta Rone, Deputy Clerk